[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 253.]

THE STATE OF OHIO, APPELLEE, *v*. JEFFERS, APPELLANT.

[Cite as *State v. Jeffers*, 1999-Ohio-46.]

*Court of Appeals judgment affirmed on authority of State v. Conyers.*

(No. 98-2225—Submitted November 3, 1999—Decided December 1, 1999.)

APPEAL from the Court of Appeals for Hamilton County, No. C-980150.

————————————

*Joseph T. Deters*, Hamilton County Assistant Prosecuting Attorney, and *Philip R. Cummings*, Assistant Prosecuting Attorney, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Conyers* (1999), 87 Ohio St.3d 246, 719 N.E.2d 535.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————